IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION



FILED
OCT 1 2 2017
Clerk, U.S District Court
District Of Montana
Great Falls

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL HARKNESS,<br><br>Defendant. | 17-po-5071-JTJ<br>VIOLATIONS:<br>6563598<br>6563599<br>6563600<br>6564151<br><br>Location Code: M13<br><br>ORDER |
|---|---|

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine amount of $750 and a $30 processing fee for VN 6563598 and $70 and a $30 processing fee for VN 6564151. The fine will be paid in full on or before October 12, 2017. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that the defendant will submit documentation of successful completion of ACT or Prime for Life, or similar alcohol education

course, to the Court on or before April 9, 2018. The defendant shall mail documentation to the Clerk of Court at the following address:

> Clerk of Court
> United States District Court
> Missouri River Courthouse
> 125 Central Avenue West, Suite 110
> Great Falls, MT 59404

The defendant shall pay any and all expenses incurred from completing the above referenced condition.

IT IS FURTHER ORDERED that VN 6563599 and VN 6563600 are DISMISSED.

IT IS FURTHER ORDERED that the initial appearance in the above captioned matter, currently scheduled for December 7, 2017, is VACATED.

DATED this 12th day of October, 2017.

John Johnston
United States Magistrate Judge